UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

| | | |
|---|---|---|
| INTELLIGENT MANAGEMENT SOLUTIONS, LLC d/b/a IMS EXPERTSERVICES, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: |
| v. | : | |
| SHARIDAN STILES and STILES 4 U, INC., | : | |
| | : | |
| Defendants. | | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

NOW COMES Plaintiff Intelligent Management Solutions, LLC d/b/a IMS ExpertServices ("IMS"), by and through its undersigned counsel and, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.5, hereby moves for an Order permitting Plaintiff IMS to File Exhibit A and Exhibit B (the "Exhibits") to Plaintiff's Complaint and Demand for Jury Trial under seal.

Plaintiff requests the Exhibits be filed under seal because they are documents Plaintiff has designated as "Confidential Information." Exhibit A to

Plaintiff's Complaint contains the contracts on which the subject action is based. Exhibit B to Plaintiff's Complaint contains evidentiary materials for the case, namely, invoices demonstrating one element of the claimed damages. Revealing either in a public filing may disclose Plaintiff's or Defendant's confidential information.

Accordingly, Plaintiff respectfully submits this Motion for an Order permitting it to file under seal:

(1) Exhibit A to Plaintiff's Complaint; and

(2) Exhibit B to Plaintiff's Complaint.

Dated: November 11, 2021

Respectfully submitted,

_____
Brian P. Henry, Esq. (89069)
ROLFES HENRY CO., LPA
5577 Broadcast Court
Sarasota, Florida 34240
Phone: (941) 684-0100
Fax:    (941) 684-0109
Service: bhenry@rolfeshenry.com
         srainwater@rolfeshenry.com

*Attorney for Plaintiff*
*Intelligent Management Solutions, LLC d/b/a IMS ExpertServices*